# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV10-00796 JAK (RNBx) | Date | July 20, 2011 |
|---|---|---|---|
| Title | Kenneth Ford v. United States of America | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO DISMISS FOR LACK OF PROSECUTION AND DISMISSING CASE  JS-6**

The Court granted defendant's motion on July 11, 2011, and stayed the order to allow plaintiff to file a declaration no later than July 18, 2011, explaining his non-appearance at his scheduled deposition, non-appearance at the July 11 motion hearing, and failure to comply with this Court's standing orders concerning the final pretrial conference. Plaintiff has not filed a declaration or any other pleading to explain or seek to excuse his non-compliance with the Court's orders or his failure to oppose the case dispositive motion filed by defendant. Accordingly, as the Court previously stated it would do under these circumstances if plaintiff failed timely to respond by the extended date set by the Court, the Court makes final its July 11, 2011 Order. This matter is dismissed with prejudice.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |